quiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2626. IN RE DISCIPLINE OF FULLER. David M. Fuller, of Kennesaw, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2627. IN RE DISCIPLINE OF BURKENROAD. David Burkenroad, of Los Angeles, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2628. IN RE DISCIPLINE OF WELLS. William G. Wells, of Santa Monica, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2629. IN RE DISCIPLINE OF DAY. Brian Leo Day, of Costa Mesa, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2630. IN RE DISCIPLINE OF MEADE. Mary Marstella Schmidt Meade, of Fairfax, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–2631. IN RE DISCIPLINE OF MINOR. Paul Stephen Minor, of Canton, Miss., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2632. IN RE DISCIPLINE OF POOLE. Charles Ruffin Poole, of Raleigh, N. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.